

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ** 'Cross-Appellee',
Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida 'Cross-Appellants',
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On June 9, 2021, the court reporter Mary O. Berry filed a notification of late record, notifying this court that the reporter's record has not been filed because (1) appellant has failed to request the record, and (2) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore **ORDERED** that appellant Leticia Rodriguez provide proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than thirty (30) days after the date appellant's written proofs are filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Rebeca C. Martinez, Chief Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2021.

Michael A. Cruz,
Clerk of Court